385 A.2d 976

**In re ESTATE of Laura J. HORN, an incompetent person.**

**Appeal of the FIRST NATIONAL BANK OF SAYRE by Merger, Commonwealth Bank and Trust Company.**

Supreme Court of Pennsylvania.

Argued April 12, 1978.

Decided May 15, 1978.

DeSisti & Keefee, M. J. DeSisti, Sayre, for appellant.

Robert J. Landy, Sayre, for appellee.

Before EAGEN, C. J., and O'BRIEN, POMEROY, NIX and LARSEN, JJ.

## OPINION

PER CURIAM:

Decree affirmed. Costs on appellant.

ROBERTS and MANDERINO, JJ., did not participate in the consideration or decision of this case.